UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plasmart, Inc.

**Plaintiff**

**-v-**

John F. Sauerland, d/b/a Vertex
Educational Whse and IQKids
**Defendant**

Case No.


**Rule 7.1 Statement**


       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____Plaintiff_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.


      None


**Date:** _September 14, 2007_

**Signature of Attorney**

**Attorney Bar Code:** JS1243

Form Rule7_1.pdf