```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
PLASMART, INC.,                                  :
                                                 :
                    Plaintiff,                   :    Case No. 07 CIV. 8191
                                                 :         Judge Crotty
        v.                                       :
                                                 :
JOHN F. SAUERLAND, D/B/A VERTEX                  :    ORDER FOR ADMISSION TO
EDUCATIONAL TOYS AND IQ KIDS,                    :    PRACTICE
                    Defendant.                   :    *PRO HAC VICE*
                                                 :
------------------------------------------------ x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 5 2007

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Janet L. Cullum, is permitted to argue or try this particular case in whole or in part as counsel or advocate on behalf of Defendant John F. Sauerland.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all counsel in this case.

Dated: Nov 15, 2007

_____
United States District Judge

1379291 v1/NY
11/09/07 10:23 AM