UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PlaSmart, Inc.,

    Plaintiff,

-against-

John F. Sauerland, doing business as Vertex
Educational Whse, doing business as IQKids

    Defendant,
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07

07 Civ 8191 (PAC)(RLE)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:*
_____

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

**X** Settlement: _45 days_

____ Dispositive Motion (i.e. motion requiring a Report and Recommendation)

____ Inquest After Default/Damages Hearing

* Do not check if already referred for general pretrial

DATED: New York, New York
November 19, 2007

SO ORDERED

_Paul A. Crotty_
Paul A. Crotty
United States District Judge