**LAW**

**Jeffrey Sonnabend**
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215
718.832.8810
JSonnabend@SonnabendLaw.com

February 15, 2008

Via Email

Hon. Paul A. Crotty
United States District Court for the Southern District of New York
500 Pearl St., Room 735
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 0 2008

Re:  Plasmart, Inc. v. Sauerland
     07-CV-8191 (PAC) (RLE)
     Request for Extension of Discontinuance or Alternatively
     to Reopen Case

Dear Judge Crotty:

The parties in the above referenced case are in the final stages of finalizing a settlement; however, due primarily to the American International Toy Fair opening this Sunday at the Javitz Center, the parties have been unable to finalize the settlement. Additionally, I will be out of the country this coming week, and so the parties will not be able to finalize settlement until the week of February 25 at the earliest.

For the foregoing reasons, Plaintiff requests that the Court extend the discontinuance of the case for an additional 30 days or, alternatively, that the Court reopen the case pending settlement. I have spoken with counsel for Defendant, and she has agreed to the foregoing course of action.

Thank you for the Court's attention to this matter.

Sincerely,

Jeffrey Sonnabend
Attorney for Plaintiff

cc: Janet Cullum, Attorney for Defendant

**MEMO ENDORSED**

SO ORDERED: FEB 2 0 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE