USDS SDNY
DOCUMENT
ELECTRONICALLY FILED

LAW

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

**Jeffrey Sonnabend**
Attorney at Law

600 Prospect Avenue
Brooklyn, NY 11215
718.832.8810
JSonnabend@SonnabendLaw.com

March 24, 2008

Via Email

Hon. Paul A. Crotty
United States District Court for the Southern District of New York
500 Pearl St., Room 735
New York, NY 10007

*The Court has scheduled a at 3:45pm conference for Thursday, April 3, '08 on this reopened matter. The Clerk of the Court is directed to reopen the case*

SO ORDERED:

*[signature]* 3/25/08

**HON. PAUL A. CROTTY**
**UNITED STATES DISTRICT JUDGE**

Re:    Plasmart, Inc. v. Sauerland
       07-CV-8191 (PAC) (RLE)

Dear Judge Crotty:

I am counsel for Plaintiff in the above referenced case. On January 22, the Court entered an Order of Discontinuance pending settlement between the parties. By the terms of the order, the case was subject to reopening within thirty days. On February 20, the Court granted the parties' request for a thirty day extension to reopen the case.

The deadline for reopening the case pursuant to the February 20 order is today. Unfortunately, the parties have not been able to finalize settlement. While the parties believe settlement may still occur in the near term, Plaintiff requests that the Court re-open the case at this time.

Thank you for the Court's attention.

Sincerely,

*[signature]*

Jeffrey Sonnabend (JS 1243)
Attorney for Plaintiff

cc:    Janet Cullum, Attorney for Defendant

MEMO ENDORSED