**LAW**

Jeffrey Sonnabend　　600 Prospect Avenue
Attorney at Law　　　Brooklyn, NY 11215
　　　　　　　　　　718.832.8810
　　　　　　　　　　JSonnabend@SonnabendLaw.com

April 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 7 2008

Via Facsimile

Hon. Paul A. Crotty
United States District Court for the Southern District of New York
500 Pearl St., Room 735
New York, NY 10007

　　Re:　Plasmart, Inc. v. Sauerland
　　　　　07-CV-8191 (PAC) (RLE)

Dear Judge Crotty:

　　This letter is to inform the Court that the parties have settled the above referenced case. The parties will be filing a Stipulation of Dismissal with Prejudice shortly.

　　My apologies to the Court for failing to notify the Court earlier.

　　　　　　　　　　Sincerely,

　　　　　　　　　　[signature]

　　　　　　　　　　Jeffrey Sonnabend (JS1243)
　　　　　　　　　　Attorney for Plaintiff

cc: Janet Cullum, Attorney for Defendant

**MEMO ENDORSED**

The Clerk of the Court shall close this case.

SO ORDERED: APR 0 7 2008

[signature]
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE